In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00153-CV

_____

BEAUMONT MEDICAL CENTER HOTEL, LLC, Appellant

V.

UPI BUILDERS, LLC, Appellee

On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-197,854-A

**MEMORANDUM OPINION**

The appellant, Beaumont Medical Center Hotel, LLC, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice


Submitted on September 19, 2018
Opinion Delivered September 20, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.